

**Diligent**

111 W 33rd Street
16th Floor
New York, NY 10120

1 1 11 ******************************SNGLP
SAMPLE A. SAMPLE - L01
APT ABC
123 ANY ST
ANYTOWN, US  12345-6789

June 22, 2022

## NOTICE OF CYBERSECURITY EVENT

Dear Sample A. Sample:

Diligent Corporation ("Diligent") is writing to notify you that we recently experienced a cybersecurity event where an unauthorized actor accessed a network supporting a Diligent subsidiary.  We are taking this matter very seriously and sincerely regret any concern it may cause you.

**What Happened?** On or around May 21, 2022, an unauthorized actor accessed a network supporting Steele Compliance (acquired by Diligent in February 2021). Diligent's security team learned about the event on May 23, 2022, and promptly responded. By the end of the following day, May 24, 2022, Diligent had contained the event. As of the date of this letter, we have not seen any indication that the event impacted the Diligent production environment. We are informing you so that you may take precautionary measures.

**What Information Was Involved?** The information that may have been accessed includes human resources records, which may include your name, email address, mailing address, or Social Security number.

**What We Are Doing.** Upon learning that the Steele Compliance network was accessed by an unauthorized actor, we promptly took measures to disable non-essential access to the network and contain the event. Work to investigate the event and identify what information was impacted remains ongoing. To reduce the risk of similar events happening in the future, Diligent is working to further enhance its security controls, including by migrating additional workloads and data to the Diligent-managed environment. We also have arranged for you to obtain, at no cost to you, 24 months of credit monitoring services from Experian. Information regarding these services is included in Attachment 1 to this letter.

**What You Can Do.** We recommend that you remain vigilant by reviewing your account statements and monitoring your free credit reports for signs of suspicious activity. Please find additional information in Attachment 2 to this letter. As noted above, you can enroll, at no cost to you, in 24 months of credit monitoring services from Experian. Information about enrollment is included in Attachment 1 to this letter.

**For More Information.** Again, we regret any concern this incident may cause you. If you have questions or concerns regarding this matter, please contact 973-556-6335, Monday through Friday between 9:00am and 5:00pm Eastern Time.

Sincerely,

Jack Van Arsdale
General Counsel and Data Protection Officer

**Attachment 1: Credit Monitoring Services Enrollment Information**

To help protect your identity, we are offering complimentary access to Experian IdentityWorks$^{SM}$ for 24 months.

If you believe there was fraudulent use of your information as a result of this incident and would like to discuss how you may be able to resolve those issues, please reach out to an Experian agent. If, after discussing your situation with an agent, it is determined that identity restoration support is needed then an Experian Identity Restoration agent is available to work with you to investigate and resolve each incident of fraud that occurred from the date of the incident (including, as appropriate, helping you with contacting credit grantors to dispute charges and close accounts; assisting you in placing a freeze on your credit file with the three major credit bureaus; and assisting you with contacting government agencies to help restore your identity to its proper condition).

Please note that Identity Restoration is available to you for 24 months from the date of this letter and does not require any action on your part at this time. The Terms and Conditions for this offer are located at www.ExperianIDWorks.com/restoration.

While identity restoration assistance is immediately available to you, we also encourage you to activate the fraud detection tools available through Experian IdentityWorks as a complimentary 24-month membership. This product provides you with superior identity detection and resolution of identity theft. To start monitoring your personal information, please follow the steps below:

- Ensure that you **enroll by** September 30, 2022 (Your code will not work after this date.)
- **Visit** the Experian IdentityWorks website to enroll: https://www.experianidworks.com/credit
- Provide your **activation code**:  **ABCDEFGHI**

If you have questions about the product, need assistance with Identity Restoration that arose as a result of this incident or would like an alternative to enrolling in Experian IdentityWorks online, please contact Experian's customer care team at 877-890-9332 by September 30, 2022. Be prepared to provide engagement number B054894 as proof of eligibility for the Identity Restoration services by Experian.

## ADDITIONAL DETAILS REGARDING YOUR 24-MONTH EXPERIAN IDENTITYWORKS MEMBERSHIP

A credit card is not required for enrollment in Experian IdentityWorks. You can contact Experian immediately regarding any fraud issues, and have access to the following features once you enroll in Experian IdentityWorks:

- **Experian credit report at signup:** See what information is associated with your credit file. Daily credit reports are available for online members only.*
- **Credit Monitoring:** Actively monitors Experian file for indicators of fraud.
- **Identity Restoration:** Identity Restoration specialists are immediately available to help you address credit and non-credit related fraud.
- **Experian IdentityWorks ExtendCARE$^{TM}$:** You receive the same high-level of Identity Restoration support even after your Experian IdentityWorks membership has expired.
- **$1 Million Identity Theft Insurance**:** Provides coverage for certain costs and unauthorized electronic fund transfers.

*Offline members will be eligible to call for additional reports quarterly after enrolling.

**The Identity Theft Insurance is underwritten and administered by American Bankers Insurance Company of Florida, an Assurant company. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions.

**Attachment 2: Additional Information**

You should be cautious about using email to provide sensitive personal information, whether sending it yourself or in response to email requests. You should also be cautious when opening attachments and clicking on links in emails. Scammers sometimes use fraudulent emails or other communications to deploy malicious software on your devices or to trick you into sharing valuable personal information, such as account numbers, Social Security numbers, or usernames and passwords. The Federal Trade Commission (FTC) has provided guidance at https://consumer.ftc.gov/articles/how-recognize-and-avoid-phishing-scams.

You should review your financial statements and accounts for signs of suspicious transactions and activities. If you find any indication of unauthorized accounts or transactions, you should report the possible threat to local law enforcement, your State's Attorney General's office, or the FTC. You will find contact information for some of those entities below. If you discover unauthorized charges, promptly inform the relevant payment card companies and financial institutions.

**Fraud Alert Information**
Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. Should you wish to place a fraud alert, please contact any one of the agencies listed below. The agency you contact will then contact the other two credit agencies.

Whether or not you enroll in the credit monitoring product offered, you also have the right to place an initial fraud alert on your file at no cost. An initial fraud alert lasts one (1) year and is placed on a consumer's credit file. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting seven (7) years. Fraud alert messages notify potential credit grantors to verify your identification before extending credit in your name in case someone is using your information without your consent. A fraud alert can make it more difficult for someone to get credit in your name; however, please be aware that it also may delay your ability to obtain credit.

Should you wish to place a fraud alert, please contact any one of the agencies listed below. The agency you contact will then contact the other two credit agencies. You may also contact any of the consumer reporting agencies or the FTC for more information regarding fraud alerts. The contact information for the three nationwide credit reporting agencies is:

| Equifax | Experian | TransUnion |
|---|---|---|
| P.O. Box 105788 | P.O. Box 9554 | P.O. Box 2000 |
| Atlanta, GA 30348-5788 | Allen, TX 75013-9554 | Chester, PA 19016-2000 |
| 1-888-766-0008 | 1-888-397-3742 | 1-800-680-7289 |

**Free Credit Report Information**
You have rights under the federal Fair Credit Reporting Act. These include, among others, the right to know what is in your credit file; the right to dispute incomplete or inaccurate information; and the right to ask for a credit score. Under federal law, you are also entitled to one free credit report once every 12 months from each of the above three major nationwide credit reporting companies. Call 1-877-322-8228 or make a request online at www.annualcreditreport.com.

Even if you do not find any suspicious activity on your initial credit reports, we recommend that you check your account statements and credit reports periodically. You should remain vigilant for incidents of fraud and identity theft. Victim information sometimes is held for use or shared among a group of thieves at different times. Checking your credit reports periodically can help you spot problems and address them quickly.

If you find suspicious activity on your credit reports or have reason to believe your information is being misused, call your local law enforcement agency or state attorney general and file a police report. Get a copy of the report; many creditors want the information it contains to alleviate you of the fraudulent debts. You also should file a complaint with the FTC using the contact information below. Your complaint will be added to the FTC's Consumer Sentinel database, where it will be accessible to law enforcement for their investigations.

You may also contact the FTC at the contact information below to learn more about identity theft and the steps you can take to protect yourself and prevent such activity. If you are a resident of the District of Columbia, Iowa, Maryland, New York, or Oregon, you can also reach out to your respective state's Attorney General's office at the contact information below. All other residents can find information on how to contact your state attorney general at https://www.naag.org/ find-my-ag/.

**Federal Trade Commission**
Consumer Response Center
600 Pennsylvania Avenue NW
Washington, DC 20580
1.877.FTC.HELP (382.4357) /
https://www.consumer.ftc.gov/identity-theft-and-online-security

**Oregon Department of Justice**
1162 Court Street NE
Salem, OR 97301
1-877-877-9392 / https://justice.oregon.gov

**New York Attorney General's Office**
The Capitol
Albany, NY 12224-0341
1-800-771-7755
https://ag.ny.gov/consumer-frauds-bureau/identity-theft

**North Carolina Department of Justice**
114 West Edenton Street
Raleigh, NC 27603
1-919-716-6400
https://ncdoj.gov/protecting-consumers/identity-theft/

**Office of the Attorney General for the District of Columbia**
400 6th Street NW
Washington, DC 20001
1-202-727-3400 / oag.dc.gov

**Maryland Attorney General's Office**
200 St. Paul Place
Baltimore, MD 21202
1-888-743-0023 /
www.marylandattorneygeneral.gov

**Consumer Protection Division**
**Office of the Attorney General of Iowa**
1305 E. Walnut Street
Des Moines, IA 50319
1-515-281-5926 / www.iowaattorneygeneral.gov

**Security Freeze Information**

You have the right to request a free security freeze (aka "credit freeze") on your credit file by contacting each of the three nationwide credit reporting companies via the channels outlined below. When a credit freeze is added to your credit report, third parties, such as credit lenders or other companies, whose use is not exempt under law will not be able to access your credit report without your consent. A credit freeze can make it more difficult for someone to get credit in your name; however, please be aware that it also may delay your ability to obtain credit. You may also contact any of the consumer reporting agencies or the FTC for more information regarding security freezes.

| Equifax Security Freeze | TransUnion Security Freeze PO | Experian Security Freeze |
|---|---|---|
| PO Box 105788 | Box 2000 | PO Box 9554 |
| Atlanta, GA 30348 | Chester, PA 19016 | Allen, TX 75013 |
| http://www.equifax.com/personal/credit-report-services/credit-freeze/ | https://www.transunion.com/credit-freeze | www.experian.com/freeze |
| 1-800-349-9960 | 1-888-909-8872 | 1-888-397-3742 |

You must separately place a credit freeze on your credit file at each credit reporting agency. The following information should be included when requesting a credit freeze:

1) Full name, with middle initial and any suffixes;
2) Social Security number;
3) Date of birth (month, day, and year);
4) Current address and previous addresses for the past five (5) years;
5) Proof of current address, such as a current utility bill or telephone bill;
6) Other personal information as required by the applicable credit reporting agency;

If you request a credit freeze online or by phone, then the credit reporting agencies have one (1) business day after receiving your request to place a credit freeze on your credit file report. If you request a lift of the credit freeze online or by phone, then the credit reporting agency must lift the freeze within one (1) hour. If you request a credit freeze or lift of a credit freeze by mail, then the credit agency must place or lift the credit freeze no later than three (3) business days after getting your request.