# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRED WHELAN and MEGAN ELLIS, on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>DILIGENT CORPORATION,<br><br>                              Defendant. | Case No. 1:22-cv-07598<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

**PLEASE TAKE NOTICE** Plaintiffs Fred Whelan and Megan Ellis, on behalf of themselves and the Settlement Class, hereby move the Court to finally approve the parties' class settlement and certify the settlement class under Fed. R. Civ. P. 23.

This motion is based on the accompanying memorandum of law, the pleadings and documents on file, and such oral argument and documentary evidence as may be properly presented at the time of the hearing on September 15, 2025.

Dated:  September 2, 2025                          Respectfully submitted,

By:  /s/ *Raina C. Borrelli*
　　　Raina C. Borrelli
　　　raina@straussborrelli.com
　　　STRAUSS BORRELLI PLLC
　　　One Magnificent Mile
　　　980 N Michigan Avenue, Suite 1610
　　　Chicago IL, 60611
　　　Telephone: (872) 263-1100
　　　Facsimile: (872) 263-1109

　　　James J. Bilsborrow (NY Bar # 519903)
　　　jbilsborrow@weitzlux.com

1

WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
Telephone: (212) 558-5500

*Attorneys for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on September 2, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 2nd day of September, 2025.

        STRAUSS BORRELLI PLLC

By: */s/ Raina C. Borrelli*
    Raina C. Borrelli
    raina@straussborrelli.com
    STRAUSS BORRELLI PLLC
    One Magnificent Mile
    980 N Michigan Avenue, Suite 1610
    Chicago IL, 60611
    Telephone: (872) 263-1100
    Facsimile: (872) 263-1109