## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRED WHELAN and MEGAN ELLIS, on behalf of themselves and all others similarly situated, | Case No. 1:22-cv-07598-AT |
| Plaintiffs, | **DECLARATION OF STEPHANIE SAUNDERS OF ANGEION GROUP RE: NOTICE COMPLIANCE** |
| v. | |
| DILIGENT CORPORATION, | |
| Defendant. | |

I, Stephanie Saunders, Esq., hereby declare under penalty of perjury as follows:

1.      I am a Vice President of Class Action and Mass Tort Services at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). Angeion specializes in designing, developing, analyzing, and implementing large-scale, un-biased, legal notification plans.

2.     I am fully familiar with the facts contained herein based upon my personal knowledge, as well as information that has been provided to me by my colleagues in the ordinary course of business at Angeion.

3.     I am a licensed attorney in the state of Pennsylvania and was a practicing class action attorney for over eight years at a nationally recognized litigation firm.  Before practicing law, I gained extensive experience in marketing and advertising within the media and publishing industry, as well as at one of the largest financial institutions in the United States.

1

4.      I have been involved in the planning of a multitude of court-approved notice and administration programs, both during my practice of law and in my current role, including some of the largest and most complex notice plans implemented by Angeion.

5.      Angeion was appointed as the Settlement Administrator to supervise and administer the notice procedure in connection with this Settlement pursuant to the Court's April 4, 2025 Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Agreement ("Order").

6.      The purpose of this declaration is to provide the Parties and the Court with a summary and results of the work performed by Angeion to effectuate Notice and administer the claims process in the above-captioned case pursuant to the Settlement Agreement and Release ("Settlement Agreement") that was filed with the Court on June 26, 2023.

## DISTRIBUTION OF CAFA NOTICE

7.      Pursuant to 28 U.S.C. § 1715, on July 5, 2023, Angeion caused Notice of the Settlement to be sent to the Attorneys General of all states and territories, as well as the Attorney General of the United States ("CAFA Notice"). A true and accurate copy of the CAFA Notice is attached hereto as **Exhibit A**.

## DIRECT NOTICE

**Class Data**

8.      On June 28, 2023, Defendants provided Angeion with one electronic file containing a total of 2,567 records of Settlement Class Members containing mailing addresses and/or email addresses, where available. After analyzing the data and reviewing for duplicate records, Angeion identified a total of 2,567 unique records. Of these, there were 109 without sufficient mailing address or email address information. These 109 records did not receive a direct notice. Of the

remaining records, a total of 2,458 contained a complete mailing address and/or a valid email address.

**Email Notice**

9.    On May 2, 2025, Angeion caused an Email Notice to be sent to 318 Settlement Class Member records where a sufficient email address could be determined.  A true and correct copy of the Email Notice is attached hereto as **Exhibit B**.

10.    As of August 21, 2025, Angeion has received 12 Email Notices returned as undeliverable.

**Mailed Notice**

11.    On May 2, 2025, Angeion caused a Postcard Notice to be mailed to the 2,454 Settlement Class Member records where a sufficient mailing address could be determined.  A true and correct copy of the Postcard Notice is attached hereto as **Exhibit C**.

12.    Prior to the mailing, Angeion caused the mailing list to be updated utilizing the United States Postal Service's ("USPS") National Change of Address database, which provides updated address information for individuals or entities that have moved during the previous four years and filed a change of address with the USPS.

13.    Angeion received approximately 502 Postcard Notices returned as undeliverable. Angeion conducted address verification searches (commonly referred to as "skip traces") in an attempt to locate updated address information for any Postcard Notices previously returned by USPS as undeliverable

**Reminder Notice**

14.    On June 10, 2025, Angeion mailed 2,177 Reminder Postcard Notices to Settlement Class Members, where records showed they had not yet filed a claim, to the most current address

on record, including the 319 updated addresses identified through skip trace. A true and correct copy of the Reminder Postcard Notice is attached hereto as **Exhibit D**.

15.    On June 9, 2025, Angeion caused a Reminder Email Notice to be sent to 300 Settlement Class Members where a sufficient email address could be determined and where records showed they had not yet filed a claim. A true and correct copy of the Reminder Email Notice is attached here to as **Exhibit E**.

16.    On July 1, 2025, Angeion mailed six (6) additional Reminder Postcard Notices to physical addresses associated with Settlement Class Members whose Reminder Email Notices had bounced back.

**Summary of Direct Notice**

17.    As of August 21, 2025, the Notice Program resulted in approximately 91.5% of the 2,458 unique Settlement Class Members being delivered a Notice[1].

## CASE SPECIFIC WEBSITE AND TOLL-FREE HOTLINE

18.    On May 1, 2025, Angeion established the following website devoted to this Settlement: www.DiligentSteeleSettlement.com ("Settlement Website"). The Settlement Website contains general information about the Settlement, including answers to frequently asked questions, important dates and deadlines pertinent to this matter, and copies of the important documents. Visitors to the Settlement Website can download: (1) a Claim Form, (2) the Long Form Notice, (3) Declaration of Raina C. Borrelli in Support of Plaintiffs' Motion for Attorney's Fees, Expenses, and Service Awards, (4) Memorandum in Support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards, (5) the Preliminary Approval Order, (6) the Settlement

---

[1] For purposes of this calculation, an initial or reminder Notice is considered to be delivered if it was mailed or emailed and not returned as undeliverable, or if a Notice returned as undeliverable was re-mailed or re-emailed and not subsequently returned as undeliverable.

Agreement,  (7) the Amended Class Action Complaint, and (8) the Class Action Complaint.  The Settlement Website also includes a "Contact Us" page which Settlement Class Members can use to submit questions regarding the Settlement, or they can send an email to a dedicated address: Info@DiligentSteeleSettlement.com. The Settlement Website address was set forth in the Postcard Notice, Email Notice, Long Form Notice and Claim Form.

19.    The Settlement Website also provides an online claim filing portal that enables Settlement Class Members to complete and submit their Claim Form through the Settlement Website. Settlement Class Members can also choose to download a PDF of the Claim Form to complete and submit it by mail. A true and correct copy of the Claim Form is attached hereto as **Exhibit F**.

20.    As of August 21, 2025, the Settlement Website has had approximately 1,252 page views and approximately 841 sessions, which represents the number of individual sessions initiated by all users on the website.

21.    On May 1, 2025, Angeion established the following toll-free line dedicated to this case: 1-866-963-3847. The toll-free line utilizes an interactive voice response ("IVR") system to provide Settlement Class Members with responses to frequently asked questions and information about filing a claim and important deadlines. The toll-free line is accessible 24 hours a day, 7 days a week.

22.    As of August 21, 2025, the toll-free line has received approximately 10 calls, totaling 35 minutes.

## CLAIM FORMS

23.    The deadline for members of the Settlement Class to submit a Claim Form is September 2, 2025.

24.     As of August 21, 2025, Angeion has received a total of 141 Claim Form submissions. Of these, 92 were submitted online and 49 were submitted by mail. These Claim Form submissions are still subject to final audits, including a final assessment of each claim's validity and a review for duplicate submissions.

## REQUESTS FOR EXCLUSION AND OBJECTIONS TO THE SETTLEMENT

25.     The deadline for members of the Settlement Class to request exclusion from the Settlement was July 3, 2025. As of August 21, 2025, Angeion has received one request for exclusion. The name of the individual who requested exclusion is attached hereto as **Exhibit G**.

26.     The deadline for members of the Settlement Class to Object to the Settlement was July 3, 2025. As of August 21, 2025, Angeion has not received or been made aware of any objections to the Settlement.

## ADMINISTRATION EXPENSES

27.     As of July 31, 2025, Angeion has incurred $34,813.49 in administration expenses. Angeion estimates it will incur an additional $13,000.50 in administration costs through completion of the administration. In total, Angeion estimates the overall administration expenses for this matter will be approximately $47,813.99.

## CONCLUSION

28.     It is my professional opinion that the notice plan implemented in this Settlement provided full and proper notice to Settlement Class Members before the applicable response deadlines, and that the notice plan was the best notice practicable under the circumstances, fully comporting with due process and Fed. R. Civ. P. 23.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 29, 2025

STEPHANIE SAUNDERS

# EXHIBIT A



1650 Arch Street, Suite 2210
Philadelphia, PA  19103
(p) 215-563-4116
(f)  215-563-8839
www.angeiongroup.com

July 5, 2023

VIA USPS PRIORITY MAIL

United States Attorney General &
Appropriate Officials

**Re: Notice of Class Action Settlement**
*Fred Whelan and Megan Ellis, et al. v. Diligent Corporation*

Dear Counsel or Official:

Angeion Group, an independent claims administrator, on behalf of the defendant in the below-described action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

> **Case Name:**  Fred Whelan and Megan Ellis, et al. v. Diligent Corporation
> **Index Number:**  1:22-cv-07598
> **Jurisdiction:**  United States District Court for the Southern District of New York
> **Date Settlement Filed with Court:**  June 26, 2023

Defendant denies any wrongdoing or liability whatsoever and decided to settle this action solely in order to eliminate the burden, expense, and uncertainties of further litigation.  In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action on the enclosed CD-ROM:

1. **28 U.S.C. § 1715(b)(1)-Complaint:**  The *Class Action Complaint* filed with the Court on September 6, 2022. The *Amended Class Action Complaint* filed with the Court on May 3, 2023, is also included on the enclosed CD-ROM.

2. **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:**  The are no judicial hearings currently scheduled.

3. **28 U.S.C. § 1715(b)(3)-Notification to Class Members:**  The proposed *Email Notice*, *Postcard Notice*, *Long Form Notice* and *Claim Form* filed with the Court on June 26, 2023.

4. **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:**  The *Settlement Agreement and Release* filed with the Court on June 26, 2022.  The *Declaration of Raina C. Borrelli in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement* and the *Plaintiff's Memorandum of Law in Support of their*

*Motion for Preliminary Approval of Class Action Settlement*, filed with the Court on June 26, 2023, are also included on the enclosed CD-ROM.

5. **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements:**  Other than the *Settlement Agreement and Release*, no other settlements or other agreements have been contemporaneously made between the Parties.

6. **28 U.S.C. § 1715(b)(6)-Final Judgment:**  The Court has not issued a Final Judgment or notice of dismissal as of the date of this CAFA Notice.

7. **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members:** The Settlement Class contains approximately 2,569 Settlement Class Members located throughout the United States. The estimated proportional share of the Settlement benefits is not available at this time, as it is contingent on Settlement Class Members' submission of claim forms.

8. **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement:**  The Court has not issued a judicial opinion related to the Settlement at this time.

If you have questions or concerns about this notice, the proposed settlement, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact this office.

Sincerely,

Angeion Group
1650 Arch Street, Suite 2210
Philadelphia, PA  19103
(p) 215-563-4116
(f)  215-563-8839

**Enclosures**

# EXHIBIT B

To:       [Settlement Class Member Email Address]
From:     Diligent Security Incident Settlement Administrator
Subject:  Notice of Proposed Class Action Settlement – Whelan v. Diligent Corp.

Notice ID: <<Notice ID>>

Confirmation Code: <<Confirmation Code>>

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

**To all persons whose personal information was impacted by a cybersecurity incident that Diligent Corporation initially disclosed on or around June 22, 2022, a proposed class action settlement may affect your rights.**

*A federal court authorized this Notice. This is not a solicitation from a lawyer.*

**Your legal rights are affected whether you act or do not act. Read this Notice carefully.**

A Settlement has been reached to resolve a class action lawsuit against Diligent Corporation ("Diligent" or "Defendant") brought by individuals whose personal information was impacted as a result of a cybersecurity incident that Diligent initially disclosed on or around June 22, 2022 ("Security Incident"). The case is called *Fred Whelan Jr. et al. v. Diligent Corp.*, Case No. 1:22-cv-07598-AT, in the United States District Court for the Southern District of New York.

**Why am I receiving this notice?**
You are receiving this Notice because the records of Diligent show that your personal information may have been impacted as a result of the Security Incident. You are therefore likely a Settlement Class Member eligible to receive benefits under this Settlement.

**Who's Included in the Settlement Class?**
The Settlement Class includes all individuals, or their respective successors or assigns, who reside in the United States and whose personal information was impacted by the Security Incident.

**What are the Settlement Benefits?**
Under the Settlement, Diligent will pay up to $200,000 for valid and timely claims for Extraordinary Losses, Out-of-Pocket Losses, Lost Time, and payments to California Settlement Subclass Members, summarized below:

- Extraordinary Loss Claims – Up to a total of $2,500 per claimant.
- Out-of-Pocket-Loss Claims – Up to a total of $500 per claimant.
- Lost Time Claims – $20 per hour for up to 3 hours per claimant (for a total of $60, subject to the $500 cap for Out-of-Pocket Losses).
- California Settlement Subclass Members – $50 per claimant (subject to the $500 cap for Out-of-Pocket Losses).

Settlement Class Members also can obtain free Credit Monitoring Services:

- Settlement Class Members who previously enrolled in the credit monitoring services offered by Diligent following the Security Incident shall have the ability to make a claims for 1 year of credit monitoring services.
- Settlement Class Members who did not previously enroll in the credit monitoring services offered by Diligent following the Security Incident can make a claim for 2 years of credit monitoring services.

Please visit www.DiligentSteeleSettlement.com for a full description of the Settlement benefits and documentation requirements.

### How do I Submit a Claim Form for Benefits?

You must submit a Claim Form, available at www.DiligentSteeleSettlement.com to be eligible to receive a Settlement benefit. Your completed Claim Form must be submitted online, or mailed to the Settlement Administrator and postmarked, by September 2, 2025.

### What are my other options?

If you Do Nothing, you will be legally bound by the terms of the Settlement, and you will release your claims against Diligent and other Released Parties as defined in the Settlement Agreement. You may Opt-Out and exclude yourself from or Object to the Settlement by July 3, 2025. Please visit www.DiligentSteeleSettlement.com for more information on how to Opt-Out of or Object to the Settlement.

### Do I have a Lawyer in this Case?

Yes, the Court appointed the law firm of Strauss Borrelli PLLC to represent you and other members of the Settlement Class. You will not be charged directly for these lawyers; instead, they will receive compensation from Diligent (subject to Court approval). If you want to be represented by your own lawyer, you may hire one at your own expense.

### The Court's Final Approval Hearing

The Court is scheduled to hold a Final Approval Hearing on September 15, 2025, to consider whether to approve the Settlement, service awards for the named plaintiffs who are representing the Settlement Class, and a request for attorneys' fees and expenses for Settlement Class Counsel. You may appear at the hearing, either yourself or through an attorney hired by you, but you don't have to.

**<u>This notice is only a summary.</u>**

**For more information, visit www.DiligentSteeleSettlement.com or call toll-free 1-866-963-3847.**

*Unsubscribe*

# EXHIBIT C

Diligent Security Incident
c/o Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**To all persons whose personal information was impacted by a cybersecurity incident that Diligent Corporation initially disclosed on or around June 22, 2022, a proposed class action settlement may affect your rights.**

For more information on the proposed settlement, including how to submit a claim, exclude yourself, or submit an objection, please visit www.DiligentSteeleSettlement.com.

*A federal court has authorized this Notice.*

*This is <u>not</u> a solicitation from a lawyer.*

«ScanString»

Postal Service: Please do not mark barcode.

Notice ID: «Notice ID»
Confirmation Code: «Confirmation Code»
«FirstName» «LastName»
«Address1»
«Address2»
«City», «StateCd» «Zip»
«CountryCd»

*Fred Whelan, Jr. et al v. Diligent Corp., Case No. 1:22-cv-07589-AT*

**Why am I receiving this notice?** You are receiving this Notice because the records of Diligent Corporation ("Diligent") show that your personal information may have been impacted as a result of a cybersecurity incident that Diligent initially disclosed on or around June 22, 2022 ("Security Incident"). You are therefore likely a Settlement Class Member eligible to receive benefits under this Settlement.

**What are the Settlement Benefits?** Under the Settlement, Diligent will pay up to $200,000 for valid and timely claims for Extraordinary Losses, Out-of-Pocket Losses, Lost Time, and payments to California Settlement Subclass Members, summarized below:

- Extraordinary Loss Claims – Up to a total of $2,500 per claimant.
- Out-of-Pocket Loss Claims – Up to a total of $500 per claimant.
- Lost Time Claim - $20 per hour for up to 3 hours (for a total of $60, subject to the $500 cap for Out-of-Pocket Losses).
- California Settlement Subclass Members - $50 per claimant (subject to the $500 cap for Out-of-Pocket Losses).

Settlement Class Members also can obtain credit monitoring services under the Settlement.

Please visit www.DiligentSteeleSettlement.com for a full description of the Settlement benefits and documentation requirements.

**How do I Submit a Claim Form for Benefits?** You must submit a Claim Form, available at **www.DiligentSteeleSettlement.com** to be eligible to receive a Settlement benefit**.** Your completed Claim Form must be **submitted online, or mailed to the Settlement Administrator and postmarked, by September 2, 2025**.

**What are my other options?** If you **Do Nothing**, you will be legally bound by the terms of the Settlement, and you will release your claims against Diligent and other Released Parties as defined in the Settlement Agreement. You may **Opt-Out** of or **Object** to the Settlement by **July 3, 2025**. Please visit **www.DiligentSteeleSettlement.com** for more information on how to Opt-Out and exclude yourself from or Object to the Settlement.

**Do I have a Lawyer in this Case?** Yes, the Court appointed the law firm of Strauss Borrelli PLLC to represent you and other members of the Settlement Class. You will not be charged directly for these lawyers; instead, they will receive compensation from Diligent (subject to Court approval). If you want to be represented by your own lawyer, you may hire one at your own expense.

**The Court's Final Approval Hearing**. The Court is scheduled to hold a Final Approval Hearing on **September 15, 2025,** to consider whether to approve the Settlement, service awards for the Class Representatives, and a request for attorneys' fees and expenses for Settlement Class Counsel. You may appear at the hearing, either yourself or through an attorney hired by you, but you don't have to.

**This notice is only a summary. For more information, visit** www.DiligentSteeleSettlement.com **or call toll-free 1-866-963-3847.**

# EXHIBIT D

**Reminder Notice of Proposed Class Action Settlement**

**To all persons whose personal information was impacted by a cybersecurity incident that Diligent Corporation initially disclosed on or around June 22, 2022, a proposed class action settlement may affect your rights.**

For more information on the proposed settlement, including how to submit a claim, exclude yourself, or submit an objection, please visit **www.DiligentSteeleSettlement.com.**

*A federal court has authorized this Notice.*
*This is <u>not</u> a solicitation from a lawyer.*

Diligent Security Incident
c/o Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

«ScanString»
Postal Service: Please do not mark barcode.

Notice ID: «Notice ID»
Confirmation Code: «Confirmation Code»
«FirstName» «LastName»
«Address1»
«Address2»
«City», «StateCd» «Zip»
«CountryCd»

*If you previously submitted a claim form or have taken other action, such as objecting to or excluding yourself from the settlement, no further action is required at this time.*

**Why am I receiving this notice?** You are receiving this Notice because the records of Diligent Corporation ("Diligent") show that your personal information may have been impacted as a result of a cybersecurity incident that Diligent initially disclosed on or around June 22, 2022 ("Security Incident"). You are therefore likely a Settlement Class Member eligible to receive benefits under this Settlement.

**What are the Settlement Benefits?** Under the Settlement, Diligent will pay up to $200,000 for valid and timely claims for Extraordinary Losses, Out-of-Pocket Losses, Lost Time, and payments to California Settlement Subclass Members, summarized below:

- Extraordinary Loss Claims – Up to a total of $2,500 per claimant.
- Out-of-Pocket Loss Claims – Up to a total of $500 per claimant.
- Lost Time Claim - $20 per hour for up to 3 hours (for a total of $60, subject to the $500 cap for Out-of-Pocket Losses).
- California Settlement Subclass Members - $50 per claimant (subject to the $500 cap for Out-of-Pocket Losses).

Settlement Class Members also can obtain credit monitoring services under the Settlement.

Please visit **www.DiligentSteeleSettlement.com** for a full description of the Settlement benefits and documentation requirements.

**How do I Submit a Claim Form for Benefits?** You must submit a Claim Form, available at **www.DiligentSteeleSettlement.com** to be eligible to receive a Settlement benefit**.** Your completed Claim Form must be **submitted online, or mailed to the Settlement Administrator and postmarked, by September 2, 2025.**

**What are my other options?** If you **Do Nothing**, you will be legally bound by the terms of the Settlement, and you will release your claims against Diligent and other Released Parties as defined in the Settlement Agreement. You may **Opt-Out** of or **Object** to the Settlement by **July 3, 2025**. Please visit **www.DiligentSteeleSettlement.com** for more information on how to Opt-Out and exclude yourself from or Object to the Settlement.

**Do I have a Lawyer in this Case?** Yes, the Court appointed the law firm of Strauss Borrelli PLLC to represent you and other members of the Settlement Class. You will not be charged directly for these lawyers; instead, they will receive compensation from Diligent (subject to Court approval). If you want to be represented by your own lawyer, you may hire one at your own expense.

**The Court's Final Approval Hearing**. The Court is scheduled to hold a Final Approval Hearing on **September 15, 2025,** to consider whether to approve the Settlement, service awards for the Class Representatives, and a request for attorneys' fees and expenses for Settlement Class Counsel. You may appear at the hearing, either yourself or through an attorney hired by you, but you don't have to.

**This notice is only a summary. For more information, visit  www.DiligentSteeleSettlement.com or call toll-free 1-866-963-3847.**

# EXHIBIT E

To:       [Settlement Class Member Email Address]
From:     Diligent Security Incident Settlement Administrator
Subject:  R e m i n d e r  Notice of Proposed Class Action Settlement – Whelan v. Diligent Corp.

**Notice ID: <<Notice ID>>**

**Confirmation Code: <<Confirmation Code>>**

## REMINDER NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

**To all persons whose personal information was impacted by a cybersecurity incident that Diligent Corporation initially disclosed on or around June 22, 2022, a proposed class action settlement may affect your rights.**

*A federal court authorized this Notice. This is not a solicitation from a lawyer.*

**Your legal rights are affected whether you act or do not act. Read this Notice carefully.**

**_If you previously submitted a claim form or have taken other action, such as objecting to or excluding yourself from the settlement, no further action is required at this time._**

A Settlement has been reached to resolve a class action lawsuit against Diligent Corporation ("Diligent" or "Defendant") brought by individuals whose personal information was impacted as a result of a cybersecurity incident that Diligent initially disclosed on or around June 22, 2022 ("Security Incident"). The case is called *Fred Whelan Jr. et al. v. Diligent Corp.*, Case No. 1:22-cv-07598-AT, in the United States District Court for the Southern District of New York.

**Why am I receiving this notice?**
You are receiving this Notice because the records of Diligent show that your personal information may have been impacted as a result of the Security Incident. You are therefore likely a Settlement Class Member eligible to receive benefits under this Settlement.

**Who's Included in the Settlement Class?**
The Settlement Class includes all individuals, or their respective successors or assigns, who reside in the United States and whose personal information was impacted by the Security Incident.

**What are the Settlement Benefits?**
Under the Settlement, Diligent will pay up to $200,000 for valid and timely claims for Extraordinary Losses, Out-of-Pocket Losses, Lost Time, and payments to California Settlement Subclass Members, summarized below:

- Extraordinary Loss Claims – Up to a total of $2,500 per claimant.
- Out-of-Pocket-Loss Claims – Up to a total of $500 per claimant.
- Lost Time Claims – $20 per hour for up to 3 hours per claimant (for a total of $60, subject to the $500 cap for Out-of-Pocket Losses).
- California Settlement Subclass Members – $50 per claimant (subject to the $500 cap for Out-of-Pocket Losses).

Settlement Class Members also can obtain free Credit Monitoring Services:

- Settlement Class Members who previously enrolled in the credit monitoring services offered by Diligent following the Security Incident shall have the ability to make a claims for 1 year of credit monitoring services.
- Settlement Class Members who did not previously enroll in the credit monitoring services offered by Diligent following the Security Incident can make a claim for 2 years of credit monitoring services.

Please visit www.DiligentSteeleSettlement.com for a full description of the Settlement benefits and documentation requirements.

**How do I Submit a Claim Form for Benefits?**
You must submit a Claim Form, available at www.DiligentSteeleSettlement.com to be eligible to receive a Settlement benefit. Your completed Claim Form must be submitted online, or mailed to the Settlement Administrator and postmarked, by September 2, 2025.

**What are my other options?**
If you Do Nothing, you will be legally bound by the terms of the Settlement, and you will release your claims against Diligent and other Released Parties as defined in the Settlement Agreement. You may Opt-Out and exclude yourself from or Object to the Settlement by July 3, 2025. Please visit www.DiligentSteeleSettlement.com for more information on how to Opt-Out of or Object to the Settlement.

**Do I have a Lawyer in this Case?**
Yes, the Court appointed the law firm of Strauss Borrelli PLLC to represent you and other members of the Settlement Class. You will not be charged directly for these lawyers; instead, they will receive compensation from Diligent (subject to Court approval). If you want to be represented by your own lawyer, you may hire one at your own expense.

**The Court's Final Approval Hearing**
The Court is scheduled to hold a Final Approval Hearing on September 15, 2025, to consider whether to approve the Settlement, service awards for the named plaintiffs who are representing the Settlement Class, and a request for attorneys' fees and expenses for Settlement Class Counsel. You may appear at the hearing, either yourself or through an attorney hired by you, but you don't have to.

**<u>This notice is only a summary</u>.**

**For more information, visit <u>www.DiligentSteeleSettlement.com</u> or call toll-free 1-866-963-3847.**

*Unsubscribe*

# EXHIBIT F

<table>
<tr><td>

**Your claim must be submitted online or postmarked by: SEPTEMBER 2, 2025**

</td><td>

*Fred Whelan, Jr. et al. v. Diligent Corp*
Case No. 1:22-cv-07598-AT
United States District Court, Southern District of New York

# CLAIM FORM

</td><td>

**DSS CLAIM FORM**

</td></tr>
</table>

## GENERAL INSTRUCTIONS

Complete this Claim Form if you are a Settlement Class Member and you wish to receive Settlement benefits.

You are a member of the Settlement Class and eligible to submit a Claim Form if:

> You are an individual who resides in the United States whose personal information was impacted by the cybersecurity incident that Diligent Corporation initially disclosed on or around June 22, 2022 ("Security Incident").

You are a member of the California Settlement Subclass if:

> You are a Settlement Class Member (defined above) who resided in California on May 23, 2022.

Excluded from the Settlement Class and California Settlement Subclass are (i) Diligent, its officers and directors; (ii) all Settlement Class Members who timely and validly request exclusion from the Settlement Class; (iii) any judges assigned to this case and their staff and family; and (iv) any other person found by a court of competent jurisdiction to be guilty under criminal law of initiating, causing, aiding or abetting the criminal activity occurrence of the Security Incident or who pleads *nolo contendere* to any such charge.

Settlement Class Members may submit a claim form for: (1) Extraordinary Loss Claims – up to a total of $2,500 per claimant; (2) Out-of-Pocket Loss Claims – up to a total of $500 per claimant; (3) Lost Time - $20 per hour for up to 3 hours (for a total of $60 and subject to the $500 cap for Out-of-Pocket Losses); (4) California Settlement Subclass Members - $50 per claimant (subject to the $500 cap for Out-of-Pocket Losses); (5) Credit Monitoring – Settlement Class Members can enroll in credit monitoring services.

**Extraordinary Loss Claims** must be supported with documentation and: (1) The loss is an actual, documented, and unreimbursed monetary loss; (2) the loss was more likely than not caused by the Security Incident; (3) the loss occurred or occurs between May 23, 2022 and September 2, 2025; and (4) the loss is not already covered by the Out-of-Pocket Loss or Lost Time reimbursement categories, and the Settlement Class Member made reasonable efforts to avoid, or seek reimbursement for, the loss, including but not limited to exhaustion of all available credit monitoring insurance and identity theft insurance.

**Out-of-Pocket Loss Claims** must be supported with documentation demonstrating out-of-pocket costs and expenditures that a Settlement Class Member actually incurred that are fairly traceable to the Security Incident, and that have not already been reimbursed by a third party.

**Credit Monitoring Services**. All Settlement Class Members who previously enrolled in the credit monitoring services offered by Defendant following the Security Incident shall have the ability to make a claim for 1 year of credit monitoring services. Any Settlement Class Member who did not previously enroll in the credit monitoring services offered by Defendant following the Security Incident shall have the ability to make a claim for 2 years of credit monitoring services.

This Claim Form may be submitted electronically *via* the Settlement Website at www.DiligentSteeleSettlement.com or completed and mailed, including any supporting documentation, to: *Diligent Security Incident Settlement Administrator*, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.

**QUESTIONS? VISIT WWW.DILIGENTSTEELESETTLEMENT.COM OR CALL TOLL-FREE 1-866-963-3847**

<table>
<tr><td>

**Your claim must be submitted online or <u>postmarked by</u>: SEPTEMBER 2, 2025**

</td><td>

*Fred Whelan, Jr. et al. v. Diligent Corp.*
Case No. 1:22-cv-07598-AT
United States District Court, Southern District of New York

# CLAIM FORM

</td><td>

**DSS CLAIM FORM**

</td></tr>
</table>

## I.  SETTLEMENT CLASS MEMBER NAME AND CONTACT INFORMATION

Provide your name and contact information below. You must notify the Settlement Administrator if your contact information changes after you submit this Claim Form.

|  |  |
|--|--|
| **First Name** | **Last Name** |

**Street Address**

| | | |
|--|--|--|
| **City** | **State** | **Zip Code** |

| | |
|--|--|
| **Email Address** | **Telephone Number** |

**Notice ID Number, if known**

## II.  CASH BENEFIT SELECTION

☐  Check this box if you are requesting compensation for **Extraordinary Losses** up to a total of $2,500.

**\*You must submit supporting documentation demonstrating actual, unreimbursed monetary loss.**

*Complete the chart below describing the supporting documentation you are submitting.*

| *Description of Documentation Provided* | *Amount* |
|---|---|
| *Example: Receipt for credit repair services* | *$100* |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL AMOUNT CLAIMED:** | |

<table>
<tr><td>

**Your claim must be submitted online or <u>postmarked by</u>: SEPTEMBER 2, 2025**

</td><td>

*Fred Whelan, Jr. et al. v. Diligent Corp.*
Case No. 1:22-cv-07598-AT
United States District Court, Southern District of New York

# CLAIM FORM

</td><td>

**DSS CLAIM FORM**

</td></tr>
</table>

☐    Check this box if you are requesting compensation for **Out-of-Pocket Losses** up to a total of $500.

**\*You must submit supporting documentation demonstrating out-of-pocket costs and expenditures.**

*Complete the chart below describing the supporting documentation you are submitting.*

| *Description of Documentation Provided* | *Amount* |
|---|---|
| *Example: Receipt for credit repair services* | *$100* |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL AMOUNT CLAIMED:** |  |

☐    Check this box if you **Lost Time** monitoring accounts or otherwise dealing with issues related to the Security Incident. You can submit a claim for reimbursement of $20 per hour up to 3 hours (for a total of $60, subject to the $500 cap for Out-of-Pocket Losses). By checking this box, you are attesting that the activities you performed were related to the Security Incident.

Indicate the number of hours spent: ☐ 1 Hour ☐ 2 Hours ☐ 3 Hours

## III.  CREDIT MONITORING SERVICES

☐    Check this box if you wish to enroll in credit monitoring services. For Settlement Class Members that previously enrolled in credit monitoring services offered by Diligent following the Security Incident will receive 1 additional year of credit monitoring. For those Settlement Class Members that did not previously enroll in the credit monitoring services offered by the Diligent following the Security Incident will receive 2 years of credit monitoring which includes credit monitoring through all three national credit reporting bureaus with at least $1,000,000 in identity theft.

## IV.  CALIFORNIA SETTLEMENT SUBCLASS MEMBERS

☐    Check this box if you resided in the State of California on May 23, 2022, and wish to receive an additional payment of $50 (subject to the $500 cap for Out-of-Pocket Losses). Enter the California address you lived at on May 23, 2022, if you no longer reside in California.

|  |
|---|
| **Street Address** |

| | | |
|---|---|---|
| **City** | **State** | **Zip Code** |

**QUESTIONS? VISIT <u>WWW.DILIGENTSTEELESETTLEMENT.COM</u> OR CALL TOLL-FREE 1-866-963-3847**

<table>
<tr><td>

**Your claim must be submitted online or <u>postmarked by</u>: SEPTEMBER 2, 2025**

</td><td>

*Fred Whelan, Jr. et al. v. Diligent Corp.*
Case No. 1:22-cv-07598-AT
United States District Court, Southern District of New York

# CLAIM FORM

</td><td>

**DSS CLAIM FORM**

</td></tr>
</table>

| **V.  PAYMENT SELECTION** |
|---|

Please select **one** of the following payment options, which will be used should you be eligible to receive a Settlement payment:

☐ **PayPal** - Enter your PayPal email address: _____

☐ **Venmo** - Enter the mobile number associated with your Venmo account: __ __ __-__ __ __-__ __ __ __

☐ **Zelle -** Enter the mobile number or email address associated with your Zelle account:

Mobile Number: __ __ __-__ __ __-__ __ __ __    or Email Address: _____

☐ **Virtual Prepaid Card -** Enter your email address: _____

☐ **Physical Check -** Payment will be mailed to the address provided in Section I above.

| **VI.  ATTESTATION & SIGNATURE** |
|---|

I swear and affirm that the information provided in this Claim Form, and any supporting documentation provided is true and correct to the best of my knowledge. I understand that my claim is subject to verification and that I may be asked to provide supplemental information by the Settlement Administrator before my claim is considered complete and valid.

_____    _____    _____
Signature                                         Printed Name                                         Date

**QUESTIONS? VISIT <u>WWW.DILIGENTSTEELESETTLEMENT.COM</u> OR CALL TOLL-FREE 1-866-963-3847**

# EXHIBIT G



## Fred Whelan, Jr. et al.  v. Diligent Corporation
### Request for Exclusion

| | First Name | Last Name |
|---|---|---|
| 1 | Christopher | Kacerguis |