```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
FRED WHELAN and MEGAN ELLIS, on behalf of themselves and all others similarly situated,

        Plaintiff,

-against-

DILIGENT CORPORATION,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/2/2025__

22 Civ. 7598 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The fairness hearing scheduled for September 15, 2025, is ADJOURNED to **September 29, 2025**, at **2:30 p.m.**

    SO ORDERED.

Dated: September 2, 2025
       New York, New York

                                                ANALISA TORRES
                                            United States District Judge